FILED

08 AUG 13 PM 4:02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

08 CR 2710 WQH

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  JUAN VICTOR ZAMORA,  Defendant. | Criminal Case No. _____  I N D I C T M E N T  Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |

The grand jury charges:

On or about March 29, 2008, within the Southern District of California, defendant JUAN VICTOR ZAMORA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States,
//

FAS:fer:San Diego
8/11/08

that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant JUAN VICTOR ZAMORA was removed from the United States subsequent to February 17, 2006.

DATED: August 13, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
FRED SHEPPARD
Assistant U.S. Attorney