FILED

08 AUG 13 PM 4:02

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08 CR 2710 WQH |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF RELATED CASE |
| JUAN VICTOR ZAMORA, | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Juan Victor Zamora</u>, Criminal Case No. 08CR1305WQH.

DATED: August 13, 2008.

KAREN P. HEWITT
United States Attorney

FRED SHEPPARD
Assistant U.S. Attorney